IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00904-MEH

RUSSELL LARSON,

    Plaintiff,

v.

CAROLYN W. COLVIN, *Acting Commissioner of the Social Security Administration,*

    Defendant.

## JUDGMENT

    PURSUANT to and in accordance with Fed. R. Civ. P. 58(a) and the Order [22], filed, 2015, by the Honorable Michael E. Hegarty, United States Magistrate Judge, and incorporated herein by reference as if fully set forth, it is

    ORDERED that the decision of the ALJ that Plaintiff Russell Larson was not disable is AFFIRMED IN PART AND REVERSED IN PART, AND REMANDED to the Commissioner for further consideration and or clarification in accordance with this order.

    DATED at Denver, Colorado May 18, 2015.

                                      FOR THE COURT:
                                      Jeffrey P. Colwell, Clerk

                                      By s/ M. Davenport
                                         Deputy Clerk